**E-filed 6/5/07**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL ALYWEN REDD,<br><br>  Plaintiff,<br><br>v.<br><br>EDWARD ALAMEIDA, et al.,<br><br>  Defendants. | C 05-3675 JF (PR)<br><br>[~~PROPOSED~~] ORDER EXTENDING THE DISPOSITIVE-MOTION DEADLINE |

Defendants Kirkland and McGrath moved this Court for an extension of time to file a summary-judgment or other dispositive motion, up to and including August 10, 2007. After full consideration, and good cause appearing, Defendants' motion for extension of time is granted.

Plaintiff shall file his opposition by September 10, 2007. If Defendants wish to file a reply, they shall do so by September 25, 2007. Absent further order, the motion will be submitted on September 25, 2007 without a hearing.

IT IS SO ORDERED.

Dated: ___6/4/07___

_____
The Honorable Jeremy Fogel
United States District Judge

[Proposed] Order Extending Disp. Mot. Deadline                P.A. Redd v. E. Alameida, et al.
                                                                                                             C 05-3675 JF (PR)

1