IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL ALYWEN REDD, JR., <br><br> Plaintiff, <br><br> v. <br><br> EDWARD ALAMEIDA, et al., <br><br> Defendants. | C 05-3675 JF (PR) <br><br> [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO FILE A DISPOSITIVE MOTION |

Defendants R. Kirkland and J. McGrath moved this Court for a twenty-eight-day extension of time to respond to the Court's Order and file a renewed motion or answer to the Plaintiff's Complaint. After full consideration, and good cause appearing, Defendants' motion for extension of time is granted. Defendants R. Kirkland and J. McGrath shall file a renewed motion in accordance with the instructions in the Court's Order, or an answer to the Plaintiff's Complaint, no later than May 23, 2008.

IT IS SO ORDERED.

Dated: 4/28/08

The Honorable Jeremy Fogel
United States District Judge

[Proposed] Order Extending Defs.' Time File Disp. Mot.   P.A. Redd v. E. Alameida, et al.
C 05-3675 JF (PR)

1