NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL ALYWEN REDD, JR., | ) | No. C 05-3675 JF (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION FOR |
| | ) | EXTENSION OF TIME TO FILE |
| vs. | ) | OPPOSITION |
| | ) | |
| EDWARD ALAMEIDA, et al., | ) | |
| | ) | |
| Defendants. | ) | (Docket No. 26) |
| | ) | |

Plaintiff has filed a motion for an extension of time to file his opposition to Defendants' motion to dismiss. Good cause appearing, Plaintiff's motion for an extension of time (Docket No. 26) is GRANTED. Plaintiff shall file his opposition no later than **July 28, 2008**. Defendants shall file a reply brief no later than **fifteen (15) days** after Plaintiff's opposition has been filed.

This order terminates Docket No. 26.

IT IS SO ORDERED.

DATED: 6/30/08

JEREMY FOGEL
United States District Judge

Order Granting Motion for Ext. Of Time to File Opposition
P:\PRO-SE\SJ.JF\CR.05\Redd675_eot-oppo.wpd

1