NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL ALYWEN REDD, JR., | ) | No. C 05-3675 JF (PR) |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| vs. | ) ) | |
| EDWARD ALAMEIDA, et al., | ) ) | |
| Defendants. | ) ) | (Docket No. 32) |

On August 29, 2008, the Court granted Defendants' motion to dismiss and entered judgment in favor of Defendants and against Plaintiff in this pro se civil rights action. On October 14, 2008, Plaintiff filed a motion for an extension of time to file a notice of appeal. Rule 4(a)(5) allows a motion for an extension of time if the party requests it within thirty days of the expiration of the time to file the notice and shows excusable neglect or good cause. See Fed. R. App. P. 4(a)(5). Good cause appearing, Plaintiff's motion (Docket No. 32) is GRANTED. The extension must be to no later than thirty days after the original deadline, or ten days after the entry of the order granting the motion, whichever is later. See id. Accordingly, the new filing deadline for the notice of appeal is either October 28, 2008 or ten days after the entry of this order granting the motion, whichever is later.

**IT IS SO ORDERED.**

DATED: 10/20/08

JEREMY FOGEL
United States District Judge

Order Granting Extension of Time
P:\PRO-SE\SJ.JF\CR.05\Redd675.eot-appeal.wpd

1