NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL ALYWEN REDD, JR., | ) | No. C 05-3675 JF (PR) |
| Plaintiff, | ) ) | **ORDER ADDRESSING POST JUDGMENT MOTIONS** |
| vs. | ) ) | |
| EDWARD ALAMEIDA, et al., | ) ) | |
| Defendants. | ) ) | (Docket Nos. 34, 35 & 36) |

The Court granted Defendants' motion to dismiss and entered judgment on August 29, 2008. Plaintiff filed a timely motion for extension of time to file a notice of appeal, which the Court granted on October 23, 2008. Therefore, Plaintiff's notice of late appeal filed on October 30, 2008, is timely. Plaintiff has also filed a request for a certificate of appealability, (Docket No. 34), a motion for appointment of counsel (Docket No. 35), and a motion to proceed in forma pauperis on appeal (Docket No. 36.)

Plaintiff's request for a certificate of appealability (Docket No. 34) is DENIED as a certificate of appealability is not applicable to 42 U.S.C. § 1983 actions.

Plaintiff's motion for appointment of counsel (Docket No. 35) is DENIED without prejudice to bringing it directly in the Ninth Circuit.

1   Plaintiff's motion to proceed in forma pauperis on appeal (Docket No. 36) is
2   DENIED. The appeal is frivolous and not taken in good faith. See 28 U.S.C. §
3   1915(a)(3).
4   **IT IS SO ORDERED.**
5   DATED: 11/4/08

    JEREMY FOGEL
    United States District Judge